

# NUMBER 13-25-00312-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE MATTER OF THE MARRIAGE OF SYLVIA PATRICIA SUAREZ AND SERGIO J. SUAREZ SR.

## ON APPEAL FROM THE 24TH DISTRICT COURT OF VICTORIA COUNTY, TEXAS

# MEMORANDUM OPINION

**Before Justices Peña, West, and Fonseca**
**Memorandum Opinion by Justice Peña**

This cause is before this Court on the parties' joint motion to dismiss the appeal. In the joint motion to dismiss, the parties advise this Court they "have since reached a full final mutual agreement resolving all disputes between the parties" and request that we dismiss case, citing to Texas Rule of Appellate Procedure 42.1(a)(2). *See* Tex. R. App. P.

42.1(a)(2).

Texas Rule of Appellate Procedure 42.1 governs the voluntary dismissal of civil appeals on the motion of the appellant or by agreement of the parties. *Id.* R. 42.1. On the motion of the appellant, the court may dismiss the appeal or affirm the appealed judgment or order. *Id.* R. 42.1(a)(1). When the parties file an agreement signed by all parties or their attorneys, an appellate court may:

(A)     render judgment effectuating the parties' agreement;

(B)     set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement; or

(C)     abate the appeal and permit the proceeding in the trial court to effectuate the agreement.

*Id.* R. 42.1(a)(2).

The parties have not filed a settlement agreement with the clerk as required by Rule 42.1(a)(2) nor have they requested we take any of the three actions proscribed in Rule 42.1(a)(2). *See id.* However, after reviewing the relief requested in the joint motion, we conclude that the substance seeks a voluntary dismissal under Rule 42.1(a)(1). *See id.* R. 42.1(a)(1); *Akindele v. Oshodi*, No. 08-23-00139-CV, 2023 WL 5671448, at *1 (Tex. App.—El Paso Sep. 1, 2023, no pet.) (construing a joint motion to dismiss as a voluntary dismissal under Rule 42.1(a)(1); *Walter v. Unifund CCR Partners*, No. 01-09-00554-CV, 2009 WL 3152232, at *1 n.1 (Tex. App.—Houston [1st. Dist.] Oct. 1, 2009) (same).

Therefore, the motion is granted, and the appeal is dismissed. TEX. R. APP. P. 42.1(a)(1). Per the motion, costs are taxed against appellant. *Id.* R. 42.1(d). Having

dismissed the appeal at the parties' request, no motion for rehearing will be entertained.

L. ARON PEÑA JR.
Justice

Delivered and filed on the
6th day of August, 2026.